MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0818 RS |
|    Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 15, 2012, TO JUNE 26, 2012 |
| JESUS RAMIREZ PALAFOX, | |
|    Defendant. | |

     The defendant, Jesus Ramirez PALAFOX, represented by Ryan McHugh and James Reilly, Esquires, and the United States, represented by S. Waqar Hasib, Assistant United States Attorney, appeared before the Court on May 15, 2012, for a status hearing.  The parties represented that discovery had been turned over.  Defense counsel requested a continuance of the matter.

     The matter was continued to June 26, 2012, at 2:00 for a further status conference. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between May 15, 2012, and June 26, 2012, because they needed the remaining period of time to review the discovery and to conduct necessary investigation.  The government stated it had no objection

ORDER EXLUDING TIME
Case No. CR 11-0818-RS

1  to excluding time.

2      Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between May 15, 2012, and June 26, 2012, would unreasonably deny
4  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
7  between May 15, 2012, and June 26, 2012, from computation under the Speedy Trial Act
8  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
9  HEREBY ORDERED that the time between May 15, 2012, and June 26, 2012, shall be excluded
10 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 DATED: __5/25/12_____        _____
                                          HON. RICHARD SEEBORG
14                                        United States District Judge